UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19 Civ. 9868 (ER) |
| Plaintiff, | **ORDER** |
| -v- | |
| THERESA NEUMANN, | |
| Defendant. | |

Upon consideration of the United States of America's motion for issuance of letters rogatory requesting international judicial assistance, pursuant to Fed. R. Civ. P. 4(f)(2) and the Court's inherent authority, it is hereby

ORDERED that the United States' motion is GRANTED; and it is further

ORDERED that a letter rogatory shall be issued requesting assistance from the German judicial authorities to serve the defendant.

Dated: ___March 12 2020___
New York, New York

SO ORDERED:

_____
HONORABLE EDGARDO RAMOS
United States District Judge