UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

– *against* –

THERESA NEUMANN,

                Defendant.

**ORDER**

19 Civ. 9868 (ER)

RAMOS, D.J.:

    On March 12, 2020, the Court granted the government's motion to issue a letter rogatory requesting assistance from the German judicial authorities in serving the defendant. Doc. 10. Since that date, there has been no further action in this case. The government is therefore directed to file a status report by January 15, 2022.

    SO ORDERED.

Dated:   December 15, 2021
            New York, New York

                                              Edgardo Ramos, U.S.D.J.