UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     -v-<br><br>THERESA NEUMANN,<br><br>                    Defendant. | 19 Civ. 9868 (ER)<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Plaintiff the United States of America (the "United States") shall have a final judgment pursuant to Federal Rule of Civil Procedure 54 in the above-captioned action against Defendant Theresa Neumann in the amount of $150,000, plus interest accruing under 31 U.S.C. § 3717(a)(1) from November 1, 2017, until the date of entry of this judgment, and interest accruing under 28 U.S.C. § 1961 after the date of entry of this judgment, plus penalties under 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 from November 1, 2017, until the judgment is paid in full, less any payments made and credited against the foregoing as of the date of entry of this judgment; and the United States shall have execution therefor.

SO ORDERED:

_____
HON. EDGARDO RAMOS
United States District Judge

Dated:  August 31, 2022